IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT ) | |
| OPPORTUNITY COMMISSION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 3:14-cv-00217 |
| ) | |
| RESOURCE EMPLOYMENT ) | |
| SOLUTIONS, LLC, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S RESPONSE IN OPPOSITION TO
PLAINTIFF'S MOTION TO STRIKE**

Defendant Resource Employment Solutions, LLC ("Defendant" or "Resource") by and through counsel, files this Response in Opposition to Plaintiff Equal Employment Opportunity Commission's ("EEOC") Motion to Strike (D.E.22. Motion to Strike), with respect to certain affirmative defenses and response to Paragraph 9 of the Complaint, asserted in Defendant's Answer to the EEOC's Complaint. For the reasons set forth below, the EEOC's Motion to Strike should be denied.

1. On April 29, 2015, Defendant Resource Employment Solutions, LLC filed its Answer and Affirmative Defenses to the EEOC's Complaint. (D. E. 18, Answer).

2. Before any proceedings took place, on May 26, 2015, the EEOC filed its Motion to Strike Defendant's Affirmative Defenses, claiming a number of the affirmative defenses asserted by Defendant are insufficiently pled under *Twombly/Iqbal* or otherwise improper as a matter of law. (D.E. 22, Motion to Strike).

1

3. Defendant has complied with Fifth Circuit precedent governing the pleading requirement for affirmative defenses by giving the EEOC "fair notice" of its defenses. Defendant Resource is not required to prove its defenses at this stage in the litigation. The EEOC seeks to have this Court apply the heightened pleading requirements of *Twombly/Iqbal* (which governed the pleading requirements of a complaint) to affirmative defenses and this request should be denied.

4. The EEOC has wholly failed to demonstrate any legitimate basis for its request or any prejudice that would warrant granting the extraordinary relief sought by striking Defendant Resources' Affirmative Defenses.

5. Defendant relies upon and incorporates fully its Memorandum in Support of its Response in Opposition, which is being filed simultaneously with this Motion.

Wherefore Premises Considered, Defendant Resource Employment Solutions, LLC respectfully requests that this Court deny the EEOC's Motion to Strike in its entirety. Defendant request any other relief, general or specific that the Court deems appropriate.

    Respectfully submitted June 12, 2015,

      s/Robbin W. Hutton

    Robbin W. Hutton (MS # 6482)

    FORDHARRISON LLP
    1715 Aaron Brenner Dr., Suite 200
    Memphis, TN 38120
    Telephone: (901) 291-1500
    Facsimile:  (901) 291-1501
    rhutton@fordharrison.com

    ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing, Response in Opposition to Plaintiff's Motion to Strike, has been filed via the Court's CM/ECF System, this the 12th day of June 2015, which will send an electronic copy of same to the following:

Faye Williams, Esq.
Regional Attorney
Matthew McCoy, Esq.
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Ave., 9th Floor
Memphis, TN  38104
Telephone:  (901) 544-0088

C. Emanuel Smith, Esq.
Regional Attorney
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1130 22ND Street South, Suite 2000
Birmingham, AL  35205
Telephone:  (205) 212-2045

Attorneys for Plaintiff

          s/Robbin W. Hutton

WSACTIVELLP:7671175.1