IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>RESOURCE EMPLOYMENT SOLUTIONS, LLC,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.: 3:14-cv-00217-MPM-SAA<br>)<br>)<br>)<br>)<br>) |

### REPLY IN RESPONSE TO PLAINTIFF'S
### OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

Defendant Resource Employment Solutions, LLC ("Solutions"), by and through counsel and pursuant to Federal Rule of Civil Procedure 12(b)(2) and (6), hereby responds to Plaintiff's Response in Opposition to Defendant's Motion to Dismiss and reasserts its position that the case against RES should be dismissed, as Solutions was not Plaintiff's employer during the relevant time period and is not the proper party.

While the EEOC includes a myriad of arguments in its Response, the relevant facts are simple and entitle Solutions to dismissal of the claims against it. Nakia Sanford ("Sanford") was employed by Resource Staffing, Inc. ("Resource Staffing") in 2011, not Solutions. On September 22, 2011, Sanford filed a charge with the Equal Employment Opportunity Commission ("EEOC") alleging race and national origin discrimination. Resource Staffing responded to and denied the allegations. Notwithstanding, on September 30, 2014, the EEOC

filed suit against RES regarding its alleged employment practices from February 2011 to November 2011 in Tennessee. (D.E. 1, Complaint). As detailed in its Motion and supporting Memorandum, in 2011, Solutions did not maintain any office, facilities or employees in Mississippi or Tennessee, nor did it conduct any business in Tennessee or Mississippi. (Exhibit 1 to Defendant's Memorandum in Support of Motion to Dismiss ("Memo")). Indeed, Solutions did not begin doing business in Tennessee until at least two years *after* the alleged conduct giving rise to the lawsuit occurred. (*Id.*). Specifically, in March 2013, after the alleged unlawful conduct took place, RES purchased Resource Staffing in an asset only partial purchase. (*Id.*). On April 1, 2013, Resource Staffing made application for a Certificate of Withdrawal from doing business in the State of Tennessee. (Exhibit 2 to Memo). Effective May 7, 2013, RES was registered and began doing business in Tennessee. (Exhibit 3 to Memo). Based on the foregoing, Solutions was not Sanford's employer during the relevant time period and Resource Staffing should be the named party.

Furthermore, contrary to the EEOC's allegations in the Response, Solutions raised the fact that it was not the proper defendant in its Answer, as Affirmative Defense No. 18. (D.E.18, Answer). As such, Solutions has preserved its defense that this Court cannot exercise personnel jurisdiction over it with regard to this litigation, nor can the EEOC establish a claim against RES upon which relief can be granted.

Wherefore premises considered, Defendant requests that this Court dismiss with prejudice this lawsuit against RES.

Respectfully submitted August 24, 2015,

____s/Robbin W. Hutton_____
Robbin W. Hutton (MS # 6482)

FORDHARRISON LLP
1715 Aaron Brenner Dr., Suite 200
Memphis, TN 38120
Telephone: (901) 291-1500
Facsimile: (901) 291-1501
rhutton@fordharrison.com

ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify on this 24th day of August 2015 that a copy of the foregoing document has been filed via the Court's CM/ECF System, which will send an electronic copy of same to the following:

Faye Williams, Esq.
Regional Attorney
Matthew McCoy, Esq.
Gerald Thornton, Esq.
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Ave., 9th Floor, Memphis, TN 38104
Telephone: (901) 544-0088

C. Emanuel Smith, Esq.
Regional Attorney
Christopher J. Woolley, Esq.
Marsha Lynn Rucker, Esq.
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1130 22ND Street South, Suite 2000, Birmingham, AL 35205
Telephone: (205) 212-2045
ATTORNEYS FOR PLAINTIFF

____s/Robbin W. Hutton____