IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,  )<br><br>Plaintiff,  )<br><br>v.  )<br><br>RESOURCE EMPLOYMENT SOLUTIONS, LLC  )<br><br>Defendant.  ) | Civil Action No.<br>3:14-cv-00217-MPM-SAA |

**JOINT MOTION TO REOPEN CASE AND ENTER CONSENT DECREE**

Plaintiff United States Equal Employment Opportunity Commission and Defendant Resource Employment Solutions (collectively the Parties) respectfully move this Court to reopen the case to approve and enter the Consent Decree agreed to by the Parties.

As discussed in the supporting memorandum, the Parties reached settlement of the case at the Judicial Settlement Conference. The settlement was reached in the form of a Consent Decree. The terms of the settlement are contained in the Consent Decree, which has been submitted to the Court contemporaneously. The Parties respectfully move this Court to reopen the case for the purpose of approving and entering the Consent Decree.

A memorandum in support of this joint motion is submitted herewith.

Dated: August 24, 2016

| | |
|---|---|
| **FOR THE COMMISSION:** | **FOR DEFENDANT:** |
| **FAYE A. WILLIAMS** <br> Regional Attorney <br> TN Bar No. 011730 | */s/ Robbin Hutton* <br> **ROBBIN HUTTON** <br> MS Bar No. 6482 |
| **GERALD THORNTON** <br> Supervisory Trial Attorney <br> MS Bar No. 7900 | **FORD & HARRISON, LLP** <br> 1715 Aaron Brenner Drive <br> Suite 200 <br> Memphis, TN 38120 <br> (901) 291-1500 |
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION** <br> 1407 Union Avenue, Suite 901 <br> Memphis, TN 38104 | |
| **C. EMANUEL SMITH** <br> Regional Attorney <br> MS Bar No. 7473 | |
| **MARSHA L. RUCKER** <br> Supervisory Trial Attorney <br> PA Bar No. 90041 | |
| **CHRISTOPHER WOOLLEY** <br> */s/Christopher Woolley* <br> Trial Attorney <br> CA Bar No. 241888 <br> christopher.woolley@eeoc.gov | |
| **CARRIE VANCE** <br> Trial Attorney <br> WI Bar No. 1056606 <br> carrie.vance@eeoc.gov | |
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION** <br> 1130 22nd Street South, Suite 2000 <br> Birmingham, AL 35205 <br> Phone: (205) 212-2064 | |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 24, 2016, I filed the foregoing with the Clerk of Court using the CM/ECF system which will electronically send notification of the filing to all attorneys of record.

                                        */s/ Christopher Woolley*
                                        Christopher Woolley